<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1385**

UNITED STATES ex rel. KWAMI.; ABDUL-BEY,

Plaintiff - Appellant,

v.

TYLER C. RAGNOW; JOHN W. BLUM; RONALD L. BURNISKE; GARY E. ROYSE; DALLAS L. ENGLAND; EVERETT L. GULL, JR.; JAMES B. LONERGAN; JOHN DOE, #1-99, in their individual capacities as agents of Chartway Federal Credit Union; CREDIT UNION FINANCIAL SERVICES, INCORPORATED, a Virginia Corporation; CHARTWAY FINANCIAL SERVICES, LLC, d/b/a Chartway Federal Credit Union, a Virginia Corporation,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Mark S. Davis, District Judge. (2:09-cv-00011-MSD-JEB)

Submitted: July 23, 2009          Decided: July 27, 2009

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kwami.; Abdul-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kwami.; Abdul-Bey appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) action for failure to state a claim and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abdul-Bey v. Ragnow, No. 2:09-cv-00011-MSD-JEB (E.D. Va. Feb. 9, 2009; Mar. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED